# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VARDGES NIKOGHOSYAN | Case No. 2:26-cv-05572-SP |
| Petitioner, | **JUDGMENT** |
| v. | |
| TODD LYONS, et al., | |
| Respondents. | |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 12, 2026

_____
SHERI PYM
United States Magistrate Judge